## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:   Williams, Rekeia Ann             §     Case No. 07 B 06606
                                          §
         Debtor                           §
                                          §

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/12/2007.

2) The plan was confirmed on 06/18/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/06/2009, 12/14/2009, 05/24/2010 and 12/20/2010.

5) The case was completed on 06/22/2011.

6) Number of months from filing or conversion to last payment: 50.

7) Number of months case was pending: 54.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $4,800.00.

10) Amount of unsecured claims discharged without full payment: $81,207.06.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $9,428.00 |
| Less amount refunded to debtor | $0.04 |

**NET RECEIPTS:** $9,427.96

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $556.35 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,556.35

Attorney fees paid and disclosed by debtor      $274.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| R & R Country Motors | Secured | $5,617.60 | NA | NA | $0 | $0 |
| Alliance One | Unsecured | NA | $58.55 | $58.55 | $5.86 | $0 |
| Blue Chip Casino | Unsecured | NA | $200.00 | $200.00 | $20.00 | $0 |
| Blue Chip Casino | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Carson Pirie Scott & Co | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Casual Corner | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Charter One Bank | Unsecured | $2,100.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $18,010.00 | $29,023.96 | $29,023.96 | $2,902.40 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $16,890.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $1,400.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $400.00 | NA | NA | $0 | $0 |
| Cook County State's Attorney | Unsecured | $1,850.00 | NA | NA | $0 | $0 |
| Cub Foods | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Cuna Mutual Insurance Group | Unsecured | $5,500.00 | NA | NA | $0 | $0 |
| Dollar Bills | Unsecured | $400.00 | NA | NA | $0 | $0 |
| Fareway Food | Unsecured | $110.00 | NA | NA | $0 | $0 |
| GFS Market Place | Unsecured | $70.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Hancock Fabric Inc | Unsecured | $850.00 | NA | NA | $0 | $0 |
| Hobby Lobby Cks. | Unsecured | $400.00 | NA | NA | $0 | $0 |
| Holiday Companies | Unsecured | $51.00 | NA | NA | $0 | $0 |
| Hy-Vee Foods | Unsecured | $80.00 | NA | NA | $0 | $0 |
| Hy-Vee Foods | Unsecured | $131.00 | NA | NA | $0 | $0 |
| I C Systems Inc | Unsecured | NA | $425.51 | $425.51 | $42.55 | $0 |
| Illinois Student Assistance Commissi | Unsecured | NA | $14,403.73 | $14,403.73 | $1,440.37 | $0 |
| Iowa-Blackhawk County Courthouse | Unsecured | $262.00 | NA | NA | $0 | $0 |
| Michaels Stores Inc | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Mijers Inc | Unsecured | $800.00 | NA | NA | $0 | $0 |
| Oliphant Financial Corporation | Unsecured | NA | $68.49 | $68.49 | $6.85 | $0 |
| Overland Bond & Investment Corp | Unsecured | $8,256.00 | $13,556.41 | $13,556.41 | $1,355.64 | $0 |
| Peoples Energy Corp | Unsecured | $1,250.00 | NA | NA | $0 | $0 |
| Premier Bankcard | Unsecured | $500.00 | $479.35 | $479.35 | $47.94 | $0 |
| Robert Fox Inc Chicago Sales | Unsecured | $422.40 | NA | NA | $0 | $0 |
| Rush University Medical Center | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $5,200.00 | NA | NA | $0 | $0 |
| Strawberry Pay/Half | Unsecured | $1,100.00 | NA | NA | $0 | $0 |
| The Shoe Department | Unsecured | $100.00 | NA | NA | $0 | $0 |
| TJ Maxx | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Uhaul Storage | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Verizon Wireless | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Village Of Bridgeview | Unsecured | NA | $500.00 | $500.00 | $50.00 | $0 |
| Village Of Bridgeview | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Walmart | Unsecured | $1,200.00 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $0 | $0 | $0 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $0 | $0 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $58,716.00 | $5,871.61 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,556.35 |
| Disbursements to Creditors | $5,871.61 |
| **TOTAL DISBURSEMENTS:** | $9,427.96 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: October 12, 2011    By: /s/ MARILYN O. MARSHALL
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.